```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

**DAVID L. WILLIAMS,**           \*
                                 \*
    Plaintiff,             \*   CIVIL ACTION NO. 14-00351-B
                                 \*
vs.                              \*
                                 \*
**CAROLYN W. COLVIN,**           \*
Commissioner of Social           \*
Security,                        \*
                                 \*
    Defendant.             \*

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for supplemental security income be **REVERSED AND REMANDED.**

**DONE** this **16th** day of **June, 2015.**

                                                /s/ SONJA F. BIVINS
                           **UNITED STATES MAGISTRATE JUDGE**